IN THE SUPREME COURT OF THE STATE OF NEVADA

RULIAN WU, ALSO REFERRED TO AS, WU RULIAN,

Appellant,

vs.

MARIE PETITTI; AND PAUL U. PAWLIK,

Respondents.

No. 81280

FILED

SEP 1 0 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Jacqueline M. Bluth, District Judge
Brennan Legal Counsel Group, PLLC
Wallace & Millsap LLC
Walsh & Rosevear
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

21-26276